IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 03 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02739-BNB

CAMDEN P. FORTNEY, III,

    Applicant,

v.

CORRECTIONS CORPORATION OF AMERICA, d/b/a Kit Carson Correctional Center,
    and
WARDEN/TRUSTEE CHAPMAN,

    Respondents.

---

ORDER

---

This matter is before the Court on the "Motion to Object" filed *pro se* on November 22, 2010, by Applicant Camden P. Fortney, III. Mr. Fortney objects to an order entered by Magistrate Judge Boyd N. Boland on November 16, 2010, that directed Mr. Fortney to cure certain deficiencies in this action. For the reasons stated below, the objection will be overruled.

Mr. Fortney initiated this action by filing a "Motion to Proceed Without Payment," "Motion for Removal From State to Federal Jurisdiction," "Notice of Appeal," "Designation of Record," "Motion in Support of Issuance of Subpoena Duces Tecum," and two documents titled "Subpoena Duces Tecum." In his November 16 order, Magistrate Judge Boland determined that the documents were deficient because the *in forma pauperis* motion was not filed on the proper form and Mr. Fortney did not submit a certificate showing the balance in his inmate account in support of that motion.

Magistrate Judge Boland also noted that Mr. Fortney did not submit a pleading. Magistrate Judge Boland directed Mr. Fortney to cure these deficiencies within thirty days if he wishes to pursue his claims in this action. Because it appeared that Mr. Fortney was challenging the validity of a state court conviction, Magistrate Judge Boland directed the clerk of the Court to provide Mr. Fortney with the proper pleading form to file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Mr. Fortney argues in his objection that he has filed a proper motion to proceed *in forma pauperis* but the facility refuses to provide a six-month account statement. With respect to the absence of a pleading, he states that § 2254 is not the proper authority and that, if his claims are habeas corpus claims, those claims should be asserted pursuant to 28 U.S.C. § 2241.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's November 16 order is not clearly erroneous or contrary to law. The Court's local rules require *pro se* prisoners to "use the forms established by this court to file an action." D.C.COLO.LCivR 8.2A. Therefore, Mr. Fortney must use the Court's form motion seeking leave to proceed *in forma pauperis* if he wishes to proceed *in forma pauperis* in this action.

Mr. Fortney also must file a pleading on the proper form. Because Mr. Fortney has not provided a clear statement of his claims in this action, it is not clear whether those claims properly are asserted pursuant to § 2241 rather than § 2254, or some

other statutory authority. Mr. Fortney is advised that claims challenging the validity of a state court conviction properly are asserted pursuant to § 2254 and claims challenging the execution of a sentence properly are asserted pursuant to § 2241. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Any non-habeas corpus claims Mr. Fortney may seek to raise should be raised in a Prisoner Complaint. If Mr. Fortney is not challenging the validity of his conviction and sentence, he can obtain the appropriate pleading form from the clerk of the court. However, regardless of the statutory authority for his claims, Mr. Fortney must file a pleading on the proper form as directed by Magistrate Judge Boland if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that the "Motion to Object" filed on November 22, 2010, is DENIED and the objection is overruled. It is

FURTHER ORDERED that Mr. Fortney shall have **thirty (30) days from the date of this order** to cure the deficiencies specified in Magistrate Judge Boland's November 16 order if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this __3rd__ day of ____December____, 2010.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02739-BNB

Camden P. Fortney III
Prisoner No. 150658
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/3/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk