IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02739-BNB

CAMDEN P. FORTNEY, III,

    Applicant,

v.

CORRECTIONS CORPORATION OF AMERICA, d/b/a Kit Carson Correctional Center,
    and
WARDEN/TRUSTEE CHAPMAN,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2011

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Applicant, Camden P. Fortney, III, initiated this action by filing a "Motion to Proceed Without Payment," "Motion for Removal From State to Federal Jurisdiction," "Notice of Appeal," "Designation of Record," "Motion in Support of Issuance of Subpoena Duces Tecum," and two documents titled "Subpoena Duces Tecum." On November 16, 2010, Magistrate Judge Boyd N. Boland directed Mr. Fortney to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Fortney to file a pleading and a new motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper forms as required by the Court's local rules and also to submit a certificate showing the current balance in his inmate account in support of the *in forma pauperis* motion. Mr. Fortney was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 22, 2010, Mr. Fortney filed an objection to the order directing him to cure the deficiencies. On December 2, 2010, Mr. Fortney filed a "Petition for Change of Venue" in which he states that there is a conflict of interest between himself and the judges of the United States District Court for the District of Colorado. On December 3, 2010, the Court overruled Mr. Fortney's objections to Magistrate Judge Boland's order to cure the deficiencies and directed Mr. Fortney to cure the deficiencies within thirty days if he wishes to pursue his claims in this action.

Mr. Fortney has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. The "Petition for Change of Venue" will be denied because Mr. Fortney fails to allege any facts that would justify a change of venue or disqualification of any judge in the District of Colorado. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to cure the deficiencies as directed. It is

FURTHER ORDERED all pending motions are denied. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __10th__ day of ____January____, 2011.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02739-BNB

Camden P. Fortney III
Prisoner No. 150658
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 10, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk